**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Larry M. ALLBECK, Appellant.**

Supreme Court of Pennsylvania.

Argued May 1, 2000.

Decided July 19, 2000.

Stephen F. Becker, Amy J. Powers, Public Defender's Office, Michael T. Hudock, Mifflinburg, for Larry M. Allbeck.

Barbara Reed, Dean F. Picarella, Dist. Atty's Office, Vincent R. Mazeski, Middleburg, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPPY, CASTIILLE, NIGRO, NEWMAN and SAYLOR, JJ.

***ORDER***

PER CURIAM:

**AND NOW**, this 19th day of July, 2000, the opinion and order of the Superior Court at *Commonwealth v. Allbeck,* 715 A.2d 1213 (Pa.Super.1998), are hereby AFFIRMED.